

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

In Re: APPLICATION FOR : 3:19mJ1389 DFM
: ss. Hartford, Connecticut
SEARCH WARRANT :
:

# AFFIDAVIT

I, Thomas J. Ardito, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am a United States Postal Inspector assigned to the Wallingford, CT Domicile of the United States Postal Inspection Service. I have been so employed since January 2003. I am currently assigned to the Connecticut and Western Massachusetts Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). I have received training in the areas of search and seizure, narcotics investigations and criminal law.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §§ 841(a) (1), 844 and other federal offenses.

3. The information set forth in this affidavit is based on an investigation that I and other law enforcement agents are conducting. This affidavit does not contain every fact

known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

4. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail almost exclusively, and furthermore often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5. Based on my training and experience, I also know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Colorado, Arizona, Texas, and the U.S. Territory of Puerto Rico. Moreover, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail. The return payments are routinely mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

## II.     DESCRIPTION OF THE SUBJECT PARCEL

6. Based on the information contained in this affidavit, I respectfully submit that there is probable cause to believe, and I do believe, that Priority Mail Express Parcel displaying Priority Mail label number 9505 5109 9908 9257 2922 31 and handwritten Priority Mail address label, addressed to Fernando L. Astacio Davila, Urb. Jaime L. Drew, 203 Calle 7, Ponce, PR 00730, and bearing a return address of Julio Astacio, 98 Farmcrest Dr., Waterbury, CT 06704 (the "Subject Parcel"), contains controlled substances and/or the proceeds of trafficking in controlled substances. The Subject Parcel is currently in the custody of the United States Postal Inspection Service in Hartford, Connecticut.

7. On September 16, 2019, U.S. Postal Inspectors identified the Subject Parcel as possibly containing a controlled substance and/or proceeds derived from trafficking in controlled substances. The Subject Parcel measures approximately 12" x 12" x 5½", weighs approximately 7 pounds, 6.6 ounces, and bears $19.95 in U.S. postage.

8. A search of U.S. Postal Service business records and commercially available consumer transaction database records demonstrates that the return address on the Subject Parcel, 98 Farmcrest Dr., Waterbury, CT 06704 is an actual Postal delivery address. The purported sender's name, Julio Astacio, is not associated with that address or any related addresses, however, indicating that the sender's name is fictitious.

9. A review of U.S. Postal Service business records and commercially available consumer transaction database records demonstrates that the delivery address on the Subject Parcel, Urb. Jaime L. Drew, 203 Calle 7, Ponce, PR 00730, is also an actual address in Puerto Rico. U.S. Postal Service business records further demonstrate that Fernando L. Astacio Davila is a historical recipient of U.S. Mail at that address.

10. Based on my training and experience, I know that individuals who send and receive narcotics parcels via the U.S. Mail often use fictitious names for both senders and recipients specified on the parcel mailing labels. It is my experience that narcotics traffickers do this to minimize the potential exposure to arrest and incarceration associated with the detection of their narcotics shipments. Alternately, my training and experience also demonstrate that individuals sending payments for narcotics through the mail routinely use true names of actual senders and/or recipients on the mailing labels. My training and experience demonstrate that they do this to minimize the risk of financial loss associated with misdelivery.

11. On September 17, 2019, the Subject Parcel was examined by a trained narcotics detection dog. The Subject Parcel was individually placed among four (4) other similar sized parcels. Upon examination of the parcels, the canine alerted to the Subject Parcel. The parcels, including the Subject Parcel, were rearranged, two additional times, in different positions on the floor, and the handler and canine were called in again each time. The canine alerted to the Subject Parcel each additional time.

12. The canine is a five (5) year-old male yellow Labrador retriever named Shamus. Shamus is assigned to Detective Joseph Miller of the Connecticut State Police. Shamus was first certified in July of 2016 and is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Shamus was most recently recertified in November of 2018. Shamus receives quarterly in-service training sessions in the detection of narcotics. Detective Miller and Shamus also train daily on all of the odors that Shamus is trained to detect.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the Subject Parcel is evidence of a controlled substance or the proceeds of the unlawful distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and 844(a). The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, CT 06101.

### III. PHOTOGRAPH OF THE SUBJECT PARCEL



## IV.     CONCLUSION

WHEREFORE, I respectfully request that a search warrant be issued to search the Subject Parcel for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

THOMAS J. ARDITO
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this __17th__ day of September 2019.

/s/ DFM

HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE